AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

MSN Hotmail
at 1065 La Avenida
Mountain View, California 94043
E-mail Accounts:

ROLEXSTAAL@HOTMAIL.COM , and
BAMIVRIEND@HOTMAIL.COM

(Further described below)

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER: 05 - 0532M - 01

FILED
OCT 14 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I    John Archer    being duly sworn depose and say:

I am a(n)   Special Agent with the Drug Enforcement Administration   and have reason to believe
            (Official Title)
that ☐ on the person of or ☒ on the property or premises known as  (name, description and or location)
stored electronic communications and content for accounts ROLEXSTAAL@HOTMAIL.COM and BAMIVRIEND@HOTMAIL.COM, maintained by MSN Hotmail, 1065 La Avenida, Mountain View, California in the Northern District of California, there is now concealed a certain person or property, namely (describe the person or property to be searched)
Electronic communications and content information described in Attachment A, incorporated by reference herein.

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
Evidence of a crime,

concerning a violation of Title  21  United States Code, Sections 952, 959, and 963; Title  18  United States Code, Section  1956 ; and Title  46  United States Code,  Appendix, Section 1903. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN
Continued on the attached sheet and made a part hereof.     X  YES      NO

_____
Signature of Affiant
John Archer, Special Agent
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence
OCT 14 2005
Date

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

at Washington, D.C.

_____
Signature of Judicial Officer